# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135249

JAMES MICHAEL BELLVILLE ,
　　　　Plaintiff,

v                                                                         SC: 135249

MICHIGAN COURT OF APPEALS,
　　　　Defendant.
_____/

　　　　On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008 _____　　　_____

d0114　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk